IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ZACHARY ELLSWORTH MOEN,

    Plaintiff,

v.

ROCK COUNTY JAIL,

    Defendant.

ORDER

Case No. 19-cv-193-wmc

*Pro se* plaintiff Zachary Ellsworth Moen brings this action under 42 U.S.C. § 1983 against the Rock County Jail, claiming that his arrest and five-day period of time spent in the jail violated his Fourth Amendment rights. On September 12, 2019, the court issued an order dismissing Moen's complaint without prejudice, but giving him until October 3, 2019, to file an amended complaint that corrected the deficiencies the court identified in his complaint. (Dkt. #8.) The court warned Moen that his failure to submit an amended complaint would cause the court to dismiss this case with prejudice for failure to prosecute. That deadline has passed, but Moen has not filed a proposed amended complaint or communicated with the court in any manner suggesting that he intends to do so. Accordingly, the court is now dismissing this case for plaintiff's failure to prosecute.

ORDER

IT IS ORDERED that:

1. This case is DISMISSED with prejudice for failure to prosecute.

2. The clerk of court is directed to close this case.

Entered this 8th day of October, 2019.

                    BY THE COURT:
                    /s/
                    WILLIAM M. CONLEY
                    District Judge