IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ZACHARY ELLSWORTH MOEN,

     Plaintiff,

                                               Case No.  19-cv-193-wmc

  v.

ROCK COUNTY JAIL,

     Defendant.

---

## JUDGMENT IN A CIVIL CASE

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant dismissing this case with prejudice.


| /s/ | 10/08/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |